AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. **0 0 5 - 5 1 6**

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

___7/21/05___  
(Date forms issued)

___Shane Handlin___ (signature)  
(Signature of Party or their Representative)

___Shane Handlin___  
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action