IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Local 28 Sheet Metal Workers, on behalf of itself And all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-516 |
| v. | ) ) | |
| ABBOTT LABORATORIES; FOURNIER INDUSTRIE ET SANTE; and LABORATORIES FOURNIER S.A., | ) ) ) ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

      Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Thomas M. Sobol, David S. Nalven, Jason J. Thompson, and Ann K. Mandt to represent Plaintiff, Local 28 Sheet Metal Workers, on behalf of itself and all others similarly situated, in this matter.


Signed: /s/: Lynn A. Iannone

Lynn A. Iannone
Identification No. 4560
Silverman McDonald & Friedman
1010 North Bancroft Parkway, Suite 22
Wilmington, DE 19805
(302) 888-2900
Attorney for Local 28 Sheet Metal Workers


Date: July 27, 2005

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                    _____
                                     United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: /s/: Thomas M. Sobol

Date: July 27, 2005


Thomas M. Sobol
Hagens Berman Sobol Shapiro, LLP
BBO# 471770
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                    _____
                                            United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

       Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: /s/: David S. Nalven

Date: July 27, 2005

David S. Nalven
Hagens Berman Sobol Shapiro, LLP
BBO# 547220
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                    _____
                                    United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Michigan and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

Signed: /s/: Jason J. Thompson

Date: July 27, 2005


Jason J. Thompson, Esquire
Charfoos & Christensen, P.C.
P47184
5510 Woodward Avenue
Detroit, MI 48202
(313) 875-8080

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                    _____
                                         United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

   Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Michigan and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: /s/: Ann K. Mandt

Date: July 27, 2005


Ann K. Mandt
Charfoos & Christensen, P.C.
P46314
5510 Woodward Avenue
Detroit, MI 48202
(313) 875-8080