## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, do hereby certify that on this 28th day of July, 2005, I caused two copies of the foregoing Pretrial Order No. 1 Regarding Consolidation of Indirect Purchaser Class Actions and Coordination of Indirect Purchaser Class Actions with Direct Purchaser Actions and Direct Purchaser Individual Actions to be served on defendants' counsel in the manner indicated below.

**BY HAND DELIVERY**
Frederick L. Cottrell, III
Anne Shea Gaza
**RICHARDS, LAYTON & FINGER**
One Rodney Square
Wilmington, DE 19801

**BY FAX**
Patrick E. Cafferty
Bryan L. Clobes
**MILLER FAUCHER AND
   CAFFERTY LLP**
One Logan Square
18th & Cherry Streets
Suite 1700
Philadelphia, PA 19103

**BY FAX**
Bernard Persky
**GOODKIND LABATON RUDOFF &
   SUCHAROW LLP**
100 Park Avenue
New York, NY 10017

**BY FAX**
Thomas M. Sobol
**HAGENS BERMAN SOBOL
   SHAPIRO LLP**
One Main Street, 4th Floor
Cambridge, MA 02142

**BY HAND DELIVERY**
Mary B. Graham
**MORRIS, NICHOLS, ARSHT &
   TUNNELL**
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801

**BY FAX**
William F. Cavanaugh, Jr.
Chad J. Peterman
**PATTERSON, BELKNAP, WEBB
   & TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036

**BY FAX**
Charles D. Ossola
Cathy Hoffman
**ARNOLD & PORTER LLP**
555 Twelfth Street, NW
Washington, DC 20004-1206

**BY FAX**
Steven C. Sunshine
**CADWALADER, WICKERSHAM &
   TAFT LLP**
1201 F Street, N.W., Suite 110
Washington, DC 20004

**BY FAX**
Jeffrey L. Kodroff
**SPECTOR, ROSEMAN &**
  **KODROFF, P.C.**
1818 Market Street
Suite 2500
Philadelphia, PA 19103

CHIMICLES & TIKELLIS LLP

_____
A. Zachary Naylor (#4439)

2